IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN SCHIFF, | : |
| Plaintiff, | : |
| v. | : 1:18-cv-1382 (KBJ-DAR) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

COMES NOW, Plaintiff Mr. Steven Schiff, by and through undersigned counsel, to call the Court's attention to the recent decision in *U.F. v. District of Columbia*, 2020 WL 4673418 at *5-7 (D.D.C. August 12, 2020) (awarding attorneys fees at the *LSI Laffey* rate for prevailing in IDEA administrative matters in the District). A copy of the decision accompanies this notice.

Respectfully submitted,

*/s/ Carolyn W. Houck, Esq.*
Carolyn Houck,
24035 Porters Creek Lane
St. Michaels, MD 21663
Telephone: 301-951-4278
Cwhouck1@gmail.com
D.C. Bar Number 459746

1